# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STACEY COLL

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ANDREW
LEWIS AND GEICO CASUALTY
COMPANY

NO.   2020 CW 1109

**FEBRUARY 1, 2021**

---

In Re:   Andrew Lewis, OSI Packaging and State Farm Mutual
Automobile Insurance Company, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2017-15556.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*), are not met.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT